IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. McCURDY, JR., et al.      :
                                      :    No. 04-CV-3419
            v.                        :
                                      :
J. BALL & SONS, INC.                  :
_____

## ORDER

**AND NOW**, this     day of           , 2005, upon consideration of Plaintiffs' Request for Default Judgment against J. BALL & SONS, INC. it is hereby

**ORDERED** that said request is **GRANTED** as follows:

1.  For unpaid benefit fund contributions and working dues for the period of June 1, 2003 through April 30, 2004 in the amount of EIGHT THOUSAND, FIVE HUNDRED EIGHT-FIVE DOLLARS AND FIFTEEN CENTS ($8,585.15).

2.  For interest in the amount of FOUR HUNDRED SEVENTY-TWO DOLLARS AND THIRTY-FIVE CENTS ($472.35) through January 20, 2005 pursuant to the collective bargaining agreement and as provided for pursuant to ERISA, 29 U.S.C. §1132(g)(2);

3.  For audit costs in the amount of ONE THOUSAND SIX HUNDRED FORTY-THREE DOLLARS AND SEVENTY-FIVE CENTS ($1,643.75) PURSUANT TO ERISA, 29 U.S.C. §1132(g)(2);

4. For attorneys fees and costs in the amount of THREE THOUSAND, THREE HUNDRED THREE DOLLARS AND SEVENTY-ONE CENTS ($3,303.71).

The total sum of the judgment in favor of the Plaintiffs and against the Defendant, J.BALL & SONS, INC., is therefore FOURTEEN THOUSAND FOUR DOLLARS AND NINETY-SIX CENTS ($14,004.96 ).

**BY THE COURT:**

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. McCURDY, JR., et al. | : |
| | : No. 04-CV-3419 |
| v. | : |
| | : |
| J. BALL & SONS, INC. | : |

## ENTRY OF DEFAULT

**TO MICHAEL E. KUNZ,** Clerk of the United States District
Court for the Eastern District of Pennsylvania

    Please enter the Default of Defendant, J. BALL & SONS, INC. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Nancy L. Goldstein, attached hereto.

                                MASTERSON   BRAUNFELD LLP

                By: _____
                     Nancy L. Goldstein
                     Attorney for Plaintiffs
                     Attorney I.D. #40019
                     Suite 702, One Montgomery Plaza
                     Norristown, PA 19401
                     (610) 277-1700

Date:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. McCURDY, JR., et al. | : |
| | : No. 04-CV-3419 |
| v. | : |
| | : |
| J.BALL & SONS, INC. | : |

_____

## PROOF OF SERVICE

    Nancy L. Goldstein, Esquire, hereby certifies that a true and correct copy of plaintiffs' Request for Default Judgment was forwarded to the defendant, J. Ball & Sons, Inc., by both certified mail, return receipt requested, and by first class U.S. Mail to defendant's address: 550 Spencer Lane, Warminster, PA 18974. Service of the Complaint in this matter was made by certified mail upon J. Ball & Sons, Inc. at the address of 550 Spencer Lane, Warminster, PA 18974 on July 19, 2004.

                MASTERSON BRAUNFELD, LLP


                By: _____
                      Nancy L. Goldstein, Esquire
                      Attorney for Plaintiffs
                      Attorney I.D. #40019
                      Suite 702, One Montgomery Plaza
                      Norristown, PA 19401
                      (610) 277-1700

Date:_____

**CERTIFICATE OF SERVICE**

    I, Nancy L. Goldstein, Esquire, Attorney for the Plaintiffs herein, hereby certify that on the date shown below, a true and correct copy of Plaintiffs' Motion for Entry of Default was mailed by certified mail return receipt requested, postage prepaid, and by first class mail, as follows:

>J. Ball & Sons, Inc.
>550 Spencer Lane
>Warminster, PA  18974

>MASTERSON BRAUNFELD, LLP


>By: _____
>Nancy L. Goldstein
>Attorney for Plaintiffs

DATED: _____