IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. McCURDY, JR., et al.

No. 04-CV-3419

v.

J. BALL & SONS, INC.

### ORDER

**AND NOW**, this 2nd day of February, 2005, upon consideration of Plaintiffs' Request for Default Judgment against J. BALL & SONS, INC. it is hereby **ORDERED** that said request is **GRANTED** as follows:

1. For unpaid benefit fund contributions and working dues for the period of June 1, 2003 through April 30, 2004 in the amount of EIGHT THOUSAND, FIVE HUNDRED EIGHT-FIVE DOLLARS AND FIFTEEN CENTS ($8,585.15).

2. For interest in the amount of FOUR HUNDRED SEVENTY-TWO DOLLARS AND THIRTY-FIVE CENTS ($472.35) through January 20, 2005 pursuant to the collective bargaining agreement and as provided for pursuant to ERISA, 29 U.S.C. §1132(g)(2);

3. For audit costs in the amount of ONE THOUSAND SIX HUNDRED FORTY-THREE DOLLARS AND SEVENTY-FIVE CENTS ($1,643.75) PURSUANT TO ERISA, 29 U.S.C. §1132(g)(2);

4. For attorneys fees and costs in the amount of THREE THOUSAND, THREE HUNDRED THREE DOLLARS AND SEVENTY-ONE CENTS ($3,303.71).

The total sum of the judgment in favor of the Plaintiffs and against the Defendant, J.BALL & SONS, INC., is therefore FOURTEEN THOUSAND FOUR DOLLARS AND NINETY-SIX CENTS ($14,004.96 ).

                                          **BY THE COURT:**

_____ J.